IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-065-MOC-DCK

| | |
|---|---|
| JESSICA M. HADLOCK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| TAX MANAGEMENT ASSOCIATES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Lucas James Asper, filed February 6, 2012. Mr. Asper seeks to appear as counsel *pro hac vice* for Defendant.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Asper is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant.

Signed: February 6, 2012

David C. Keesler
United States Magistrate Judge